IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES MARKESE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CO JESSE *et al.*,<br><br>Defendants. | 1:26CV741 |

**<u>ORDER AND RECOMMENDATION</u>**
**<u>OF UNITED STATES MAGISTRATE JUDGE</u>**

The plaintiff, a detainee in the Cabarrus County Jail, submitted a writing concerning events that occurred in Madison County, North Carolina. Given the nature of the allegations, the Court treated the filing as a civil rights action pursuant to 42 U.S.C. § 1983. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint, though.

The first problem is that the filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by the plaintiff, to permit problem review.

The second is that the Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in the plaintiff's submission. *See* LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint.

To the extent the plaintiff chooses to file a new Complaint, the Court also notes that it appears that the potential defendants may be located in the Western District of North Carolina where the events challenged in the Complaint are all alleged to have occurred. Therefore, it appears that venue would be proper in that District, and the plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District. *See* 28 U.S.C. § 1391(b). The address is: Charles R. Jonas Federal Building, 401 West Trade Street, Room 1200, Charlotte, NC 28202. If the plaintiff instead chooses to re-file his complaint here in the Middle District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS RECOMMENDED** that this action be dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms and in the correct district, which corrects the defects cited above.

This, the 18th day of August, 2026.

JoAnna Gibson McFadden
United States Magistrate Judge