IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES MARKESE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CO JESSE *et al.*,<br><br>Defendant. | 1:26-CV-741 |

**ORDER**

This matter is before the Court for review of the Order and Recommendation filed on August 18, 2026. *8/18/26 Order and Recommendation of United States Magistrate Judge* (D.E. 2.) The Magistrate Judge recommends that Jackson's action be dismissed without prejudice based on procedural deficiencies. The Magistrate Judge further noted that, because the events alleged in the Complaint occurred in Madison County and the potential defendants appear to be located in the Western District of North Carolina, venue appears to be proper in that district. The deadline for filing objections to the Recommendation was September 8, 2026.

On September 1, 2026, Jackson timely filed a response to the Order and Recommendation (D.E. 4.) In the response, Jackson states that he does not "have any objection to what was said in the order and recommendation" and acknowledges that "[e]verything that was said … is correct." *Id*. He asks that his case not be dismissed because of his "lack of knowledge." *Id*. Jackson also provides what he characterizes as "additional statements addressing the proper venue" and asks the Court to "send [his] complaint to the proper venue." *Id*. at 2.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *8/18/26 Order Recommendation*, is adopted and this action is dismissed without prejudice. Jackson may refile the complaint on the proper § 1983 forms and in the appropriate district. If Jackson chooses to file in the Middle District, he may incorporate his statements addressing venue into his new Complaint on the proper forms.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of September, 2026.

*/s/ David A. Bragdon*
United States District Judge